**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ALPHACAP VENTURES LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ANGELSOFT, LLC D/B/A GUST,<br><br>　　　　　　Defendant. | § CIVIL ACTION<br>§<br>§ 2:15-cv-00056 (RWS)<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**NOTICE OF SERVICE OF P.R. 3-3 AND 3-4 DISCLOSURES**

Defendant, Angelsoft, LLC d/b/a Gust, hereby notifies the Court that pursuant to the Court's Docket Control Order (Dkt. 37), it served its P.R. 3-3 and 3-4 Disclosures on counsel for Plaintiff by electronic mail on the 13th day of August, 2015.

**Date:  August 14, 2015**

BY:　*/s/ Elizabeth L. DeRieux*
　　　Frank A. Bruno
　　　PA Bar ID No. 313371
　　　WHITE AND WILLIAMS LLP
　　　1650 Market Street
　　　One Liberty Place, Suite 1800
　　　Philadelphia, PA 19103-7395
　　　Phone: (215) 864-7000
　　　Facsimile: (215) 789-7568
　　　Email: brunof@whiteandwilliams.com

　　　Elizabeth L. DeRieux
　　　Capshaw DeRieux LLP
　　　Texas Bar No. 05770585
　　　114 E. Commerce Avenue
　　　Gladewater, TX 75647
　　　Phone: (903) 236-9800
　　　Facsimile: (903) 236-8787
　　　Email: ederieux@capshawlaw.com

　　　Attorneys for Defendant
　　　Angelsoft, LLC d/b/a Gust

## CERTIFICATE OF SERVICE

I hereby certify that the all counsel of record who are deemed to have consented to electronic service are being served this 14th day of August 2015, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

>  */s/ Elizabeth L. DeRieux*
>  Elizabeth L. DeRieux