**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ALPHACAP VENTURES LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 2:15-CV-56 |
| | § | |
| GUST, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

On February 19, 2016, the Court appointed Scott Woloson as technical advisor to the Court in this action with his costs to be assessed equally between Plaintiff and Defendants. Docket No. 71. Mr. Woloson submitted a statement for services rendered and expenses incurred through February 29, 2016. Upon review, the Court finds the total amount charged, $680, reasonable and necessary and **ORDERS** payment be promptly made to Mr. Woloson at the Law Office of Scott Woloson, P.C., 1431 Wirt Road #141, Houston, TX 77055 as follows:

| | |
|---|---|
| Plaintiff: | $340.00 |
| Defendants: | $340.00 |
| Total: | $680.00 |

Plaintiff shall be responsible for the collection of payment and shall provide Mr. Woloson a single payment. If the parties would like to inspect the technical advisor's statement, the parties may contact the Court within 10 days from entry of this Order and the Court will provide the parties with a copy of the same.

**SIGNED this 2nd day of March, 2016.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE